1 | JOSEPH L. GOLDEN, ESQ. (S.B.N. 61293)
2 | LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
3 | Los Angeles, California 90067-2302
Telephone: (310) 556-9666
4 | Telecopier: (310) 556-9625
Email: jlgoldenesq@verizon.net

5 | Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| JEAN-JACQUES PERREY, et. al., | Case No. CV-09-6508 FMC (RZx) |
| Plaintiffs, | DISCOVERY MATTER |
| v. | Hearing Date: Nov. 16, 2009<br>Time: 10:00 a.m. |
| TELEVISA, S.A. DE C.V., etc., et. al., | NOTICE OF MOTION AND MOTION TO MODIFY SUBPOENA SERVED ON UNIVERSAL - POLYGRAM INTERNATIONAL PUBLISHING, INC. |
| Defendants. | |
| | Referred to the Honorable Ralph Zarefsky, Courtroom 540 |
| | Action filed:   September 8, 2009<br>Discovery Cutoff date, Pretrial Conference date and Trial date: Not set<br>Scheduling Order Not Yet Issued |

TO THE PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that on Monday, November 16, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 540 of the above entitled court, located at 255 East Temple Street, Los Angeles, California, plaintiffs Jean-Jacques Perrey, Gershon Kingsley, Robert Breuer, Anthony Breuer, Frances Breuer and

1  Sylvain Meunier ("plaintiffs") will present the following motion:

3  Pursuant to Rule 45(c)(3)(A), F.R.Civ.P., and Local Rules 37 and 45-1, plaintiffs hereby move for an order modifying the Subpoena Duces Tecum dated September 17, 2009 that defendant Univision Communications, Inc. ("Univision") has served on third party witness Universal - Polygram International Publishing, Inc. ("UPIP") in the following respects:

   a. Any and all documents reflecting, referring to or evidencing communications between Joseph L. Golden and persons employed by or acting for UPIP (as the subpoena defines that term) are to be excluded from the scope of Category No. 1, and no such documents are to be produced;
   b. Category No. 4 is to be eliminated from the subpoena and no documents otherwise responsive to that category are to be produced;
   c. Category No. 6 is to be eliminated from the subpoena and no documents otherwise responsive to that category are to be produced;
   d. Category No. 7 is to be modified to exclude from its scope, all documents excluded from the scope of Category No. 1 and all documents responsive to Category Nos. 4 and 6, and no such documents are to be produced.

   This motion is made on the grounds that the documents referred to above (a) are or reflect the work product of Joseph L. Golden, plaintiffs' litigation counsel in this action, (b) reflect privileged communications between Golden and one of his clients, and (c) are neither relevant to the subject matter of the pending action nor reasonably calculated to lead to the discovery of admissible evidence, all as set forth in greater detail in plaintiffs' portion of the Joint Stipulation re Motion to Modify Subpoena Duces Tecum Directed to Universal - Polygram International Publishing, Inc. and the Declaration of Joseph L. Golden in Support of Motion to Modify Subpoena Served on UPIP filed concurrently herewith.

This motion is based on this Notice of Motion and Motion, plaintiffs' portion of the Joint Stipulation re Motion to Modify Subpoena Duces Tecum Directed to Universal - Polygram International Publishing, Inc. and the Declaration of Joseph L. Golden in Support of Motion to Modify Subpoena Served on UPIP filed concurrently herewith, plaintiffs' Local Rule 37-2.3 Supplemental Memorandum, if any is filed, the records and papers on file herein, and on such further argument as may be presented at the hearing on this motion.

DATED: October 19, 2009

JOSEPH L. GOLDEN, ESQ.
LAW OFFICE OF JOSEPH L. GOLDEN

By: /s/ Joseph L. Golden
Joseph L. Golden, Esq.
Attorney for Plaintiffs

Certificate of Service

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Central District of California CM/ECF system on October 19, 2009.

/s/ Joseph L. Golden