1 | JOSEPH L. GOLDEN, ESQ. (S.B.N. 61293)
  | LAW OFFICE OF JOSEPH L. GOLDEN
2 | 1801 Century Park East, 24th Floor
  | Los Angeles, California 90067-2302
3 | Telephone: (310) 556-9666
  | Telecopier: (310) 556-9625
4 | Email: jlgoldenesq@verizon.net

5 | Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| JEAN-JACQUES PERREY, et. al., | ) Case No. CV-09-6508 FMC (RZx) |
|---|---|
| Plaintiffs, | ) DISCOVERY MATTER |
| v. | ) DECLARATION OF PATRICIA LEROY IN OPPOSITION TO EX PARTE APPLICATION TO COMPEL PRODUCTION OF DOCUMENTS |
| TELEVISA, S.A. DE C.V., etc., et. al., | |
| Defendants. | ) Referred to the Honorable Ralph Zarefsky, Courtroom 540 |

Ex Parte Application filed: Oct. 26, 2009

Action filed: September 8, 2009
Discovery Cutoff date, Pretrial Conference date and Trial date: Not set

Scheduling Order Not Yet Issued

I, PATRICIA LEROY, hereby declare and state as follows:

1. I am over the age of 18. I am plaintiff Jean-Jacques Perrey's daughter and business manager. I have direct and personal knowledge of the facts set forth below and could competently testify about those facts if called as a witness. I make this declaration pursuant to 28 U.S.C. § 1746 in opposition to Univision Communication, Inc.'s ex parte

---
Leroy Declaration

1

application to compel production of documents.

2. In the early months of 2007, I discussed with Peter J. Anderson, Esq. the possibility of his representing my father in connection with my father's claims against Televisa, S.A. de C.V. ("Televisa") and others arising out if the unauthorized uses of the musical compositions "Baroque Hoedown," "An Elephant Never Forgets" and "Country Rock Polka" in three Spanish language television programs produced by Televisa and broadcast in Mexico and the United States. At the time I had those discussions with Mr. Anderson, he was representing The Welk Group in the lawsuit it had filed against Televisa and others based on their unauthorized uses of the sound recordings of those compositions. <u>The Welk Group, Inc. v. Televisa S.A. de C.V., et. al.</u>, LASC No SC088611.

3. No decision was made at that time as to whether Mr. Anderson would represent my father, and I continued to communicate with him about that matter during the next year. In late May, 2008, Mr. Anderson referred me to Joseph L. Golden, who my father engaged to pursue his claims against Televisa and the other defendants.

4. I sent the email communications listed as Nos. 22(a) - ((j) to Mr. Anderson while he and I still were discussing the possibility of his firm representing my father. I did so, seeking his opinion and advice about the substance of those communications. The email by which I sent Mr. Anderson those communications is no. 22(k) on the privilege log and his response is no. 22(l).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2009.

_____
Patricia Leroy