JOSEPH L. GOLDEN, ESQ. (S.B.N. 61293)
LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Telephone: (310) 556-9666
Telecopier: (310) 556-9625
Email: jlgoldenesq@verizon.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| JEAN-JACQUES PERREY, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> TELEVISA, S.A. DE C.V., etc., et. al., <br><br> Defendants. | Case No. CV-09-6508 FMC (RZx) <br><br> DISCOVERY MATTER <br><br> DECLARATION OF ED ARROW IN CONNECTION WITH PLAINTIFFS' OPPOSITION TO UNIVISION COMMUNICATIONS' EX PARTE APPLICATION TO COMPEL PRODUCTION OF DOCUMENTS <br><br> Referred to the Honorable Ralph Zarefsky, Courtroom 540 <br><br> Ex Parte Application filed: Oct. 26, 2009 <br><br> Action filed: September 8, 2009 <br> Discovery Cutoff date, Pretrial Conference date and Trial date: Not set <br><br> Scheduling Order Not Yet Issued |

I, ED ARROW, hereby declare and state as follows:

1. I am over the age of 18. I am the Vice President of Copyright of the Universal Music Publishing Group. I have held this position since 1995. I have direct

1. and personal knowledge of the facts set forth below and make this declaration pursuant to 28 U.S.C. §746 in connection with Univision Communications, Inc.'s application to obtain discovery of certain documents reflecting emailed communications between Patricia Leroy and me.

2. My duties and responsibilities as Vice President, Copyright for the Universal Music Publishing Group are to oversee various operations of the company relating to copyright administration, including maintenance of a database of songs, registration of songs with performing rights organizations, registering songs with the U.S. Copyright Office, issuing mechanical licenses, new media licensing, issuing licenses for derivative works, and responding to inquiries regarding rights held in our catalog of more than one million musical compositions.

3. The Universal Music Publishing Group ("Universal" is a colloquial umbrella name for a group of affiliated companies engaged in the business of music publishing. Among the companies that are part of Universal is Universal-PolyGram International Publishing, Inc. ("UPIP"). UPIP is a Delaware corporation with its principal place of business at 2440 Sepulveda Boulevard, Los Angeles CA 90064.

4. On or about June 8, 2005, Patricia Leroy, who I know to be the daughter and business manager of Jean-Jacques Perrey, sent an e-mail to Paul Woodruff, UPIP's Royalty Coordinator. In that email, Ms. Leroy requested an in-person meeting at UPIP to discuss the use of the musical composition "An Elephant Never Forgets" in a television show in Mexico entitled "Chavo del 8" (the "Program"). Mr. Perrey was one of the composers of "An Elephant Never Forgets."

5. In June 2005, after receiving Ms. Leroy email, UPIP determined that it had not received any income for the use of "An Elephant Never Forgets" in the Program. Later that month, UPIP asked Oscar Rodriguez Fortanel, the General Manager of UPIP's affiliate in Mexico, to further investigate the issue. In the course of UPIP's and Mr. Rodriquez's investigation, it was determined that, in addition to "An Elephant Never

Arrow Declaration

2

1  Forgets," two other compositions owned and published by UPIP (i.e., "Baroque
2  Hoedown" and "Country Rock Polka") were used in Mexican television programs
3  without UPIP's consent. "An Elephant Never Forgets", "Baroque Hoedown" and
4  "Country Rock Polka" are collectively referred to herein as the "Compositions."

6.  As part of UPIP's investigation, it retained Jean Yves Peñalosa, of the law firm of Creel Garcia Cuellar & Muggenburg, as legal counsel in Mexico in contemplation of possible litigation for unauthorized use of the Compositions.

7.  On or about March 21, 2007, Scott Bauman, Vice President, Litigation Counsel, for the Universal Music Group, sent a letter to Editorial Televisa, S.A. de C.V. ("Editorial Televisa"), the music publisher owned by or affiliated with defendant Televisa, S.A. de C.V., Univision Communications, Inc., Galavision, Inc., and Xenon Pictures, Inc. alleging that they had infringed the Compositions. UPIP and counsel for Televisa then began discussions about resolving the dispute without the filing of litigation. I am informed and believe that UPIP and Televisa entered into a tolling agreement, effective August 14, 2009, suspending the running of any statute of limitations applicable to UPIP's claims against Televisa.

8.  I have reviewed the emails listed as Nos. 12(a) and (b), 13(a)-(j) and 22(a)-(j) on plaintiffs privilege log (a copy of which is Exhibit D to the October 26 declaration of Dylan Ruga). Those emails reflect Ms. Leroy's inquiries of me about the status of the dispute with Televisa and my communications to her of the results of the investigation being conducted by UPIP's in-house counsel (i.e., Raul Gonzalez and Mr. Bauman) and outside legal counsel in Mexico (i.e., Mr. Peñlosa), and their analyses of the related legal issues. They also relay a request that Mr. Perrey, Ms. Leroy's father and one of the composers of the Compositions, execute a document for use in litigation if a lawsuit there was filed there. Specifically:

   a.  The communications listed as Nos. 12(a) and (b) reflect the request I made to Ms. Leroy at the direction of our attorneys and her

Arrow Declaration

3

1 | response to that request.

    b.    The communication listed as No. 13(a) acknowledged my receipt of the document referred to in the communications listed in Nos. 12(a) and (b).

    c.    The communications listed in Nos. 13(b) through 13(j) reflect Ms. Leroy's inquiries about the status of our investigation and efforts to resolve the dispute and my responses to those inquiries. Before responding to any of Ms. Leroy inquiries, I asked one or more of the attorneys handling the matter for an update on their efforts and in each instance, I relayed to her what the attorneys told me. In particular, the communications listed as Nos. 13(d), 13(f), 13(h) and 13(j) transmitted the results of our attorneys' investigation and legal analyses to Ms. Leroy.

    d.    The communications listed as Nos. 22(a)-(j) are the same as the communications listed as Nos. 13(a)-(j).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2009.

                                    Ed Arrow

## Certificate of Service

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Central District of California CM/ECF system on October 27, 2009.

                    /s/ Joseph L. Golden