JOSEPH L. GOLDEN, ESQ. (S.B.N. 61293)
LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Telephone: (310) 556-9666
Telecopier: (310) 556-9625
Email: jlgoldenesq@verizon.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| JEAN-JACQUES PERREY, et. al.,<br><br>        Plaintiffs,<br><br>v.<br><br>TELEVISA, S.A. DE C.V., etc., et. al.,<br><br>        Defendants. | Case No. CV-09-6508 JHN (RZx)<br><br>DISCOVERY MATTER<br><br>Hearing Date: March 8, 2010<br>Time: 10:00 a.m.<br><br>NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND RESPONSES TO REQUESTS FOR ADMISSIONS<br><br>Referred to the Honorable Ralph Zarefsky, Courtroom 540<br><br>Action filed:   September 8, 2009<br>Discovery Cutoff date, Pretrial Conference date and Trial date:  Not set<br>Scheduling Order Not Yet Issued |

TO THE PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that on Monday, March 8, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 540 of the above entitled court, located at 255 East Temple Street, Los Angeles, California, plaintiffs Jean-Jacques Perrey, Gershon Kingsley, Robert Breuer, Anthony Breuer and  Frances Breuer ("plaintiffs") will present the following motion:

Pursuant to Rule 36(b), F.R.Civ.P., and Local Rule 37, plaintiffs hereby move for an order granting them leave to amend their Responses to the following Requests for Admissions served on them by defendant Univision Communications, Inc. ("Univision"):

    A.    Jean-Jacques Perrey's Responses to:
          1.    Request No. 11 of the First Request for Admissions;
          2..    Request No. 21 of the Second Request for Admissions;
          3.    Request No. 29 of the Third Request for Admissions;
    B.    Gershon Kingsley's Responses to:
          1.    Request No. 10 of the First Request for Admissions;
          2.    Request No. 18 of the Second Request for Admissions;
          3.    Request No. 22 of the Third Request for Admissions;
    C.    Anthony Breuer's Responses to:
          1.    Request No. 4 of the First Request for Admissions;
          2.    Request No. 5 of the First Request for Admissions;
    D.    Frances Breuer's Responses to:
          1.    Request No. 4 of the First Request for Admissions;
          2.    Request No. 5 of the First Request for Admissions;
    E.    Robert Breuer's Responses to:
          1.    Request No. 4 of the First Request for Admissions;
          2.    Request No. 5 of the First Request for Admissions;

This motion is made on the grounds that the plaintiffs' Responses to the Requests for Admissions listed above were served at a time when plaintiffs believed they were beneficial owners of the copyrights at issue in this lawsuit and that Perrey and Kingsley had executed "songwriters' agreements" in the form of the document attached to one of their recording agreements. Upon execution, those "songwriter agreements" would have transferred the copyrights in the compositions from their authors to a music publishing

company, at which time plaintiffs would become beneficial owners of the copyrights as that term is used in 17 U.S.C. § 501(b) and applicable case law. Plaintiffs subsequently obtained information and documents that tend to establish that no such "songwriters' agreements" or any other copyright assignments were executed, which means that plaintiffs are legal owners of the copyrights.

Allowing plaintiffs to amend their Responses in this fashion will promote the presentation of this lawsuit on its merits and will not cause defendants to suffer any qualifying prejudice; all as set forth in greater detail in plaintiffs' portion of the Joint Stipulation re Motion for Order Granting Leave to Amend Responses to Requests for Admissions and the Declaration of Joseph L. Golden in Support of Motion for Order Granting Leave to Amend Responses to Requests for Admissions filed concurrently herewith.

This motion is based on this Notice of Motion and Motion, plaintiffs' portion of the Joint Stipulation re Motion for Order Granting Leave to Amend Responses to Requests for Admissions and the Declaration of Joseph L. Golden in Support of Motion for Order Granting Leave to Amend Responses to Requests for Admissions filed concurrently herewith, plaintiffs' Local Rule 37-2.3 Supplemental Memorandum, if any is filed, the records and papers on file herein, and on such further argument as may be presented at the hearing on this motion.

DATED: February 10, 2010           JOSEPH L. GOLDEN, ESQ.
                                   LAW OFFICE OF JOSEPH L. GOLDEN


                                   By:   /s/   Joseph L. Golden
                                         Joseph L. Golden, Esq.
                                         Attorney for Plaintiffs

Certificate of Service

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Central District of California CM/ECF system on February 10, 2010.

/s/ Joseph L. Golden