JOSEPH L. GOLDEN, ESQ. (S.B.N. 61293)
LAW OFFICE OF JOSEPH L. GOLDEN
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Telephone: (310) 556-9666
Telecopier: (310) 556-9625
Email: jlgoldenesq@verizon.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| JEAN-JACQUES PERREY, et. al., | Case No. CV-09-6508 JHN (RZx) |
| Plaintiffs, | DISCOVERY MATTER |
| v. | Hearing Date: March 8, 2010<br>Time: 10:00 a.m. |
| TELEVISA, S.A. DE C.V., etc., et. al., | DECLARATION OF PETER J. ANDERSON – PLAINTIFFS' MOTION FOR LEAVE TO AMEND RESPONSES TO REQUESTS FOR ADMISSIONS |
| Defendants. | |
| | Referred to the Honorable Ralph Zarefsky, Courtroom 540 |
| | Action filed: September 8, 2009 |
| | Discovery Cutoff date, Pretrial Conference date and Trial date: Not set |
| | Scheduling Order Not Yet Issued |

I, Peter J. Anderson, declare and state:

1. I am admitted to practice before this Court and all the Courts of the State of California. I have personal knowledge of the following facts and could competently testify to those facts.

Anderson Declaration

1

2.     I represent The Welk Group, Inc. ("Welk"). On February 10, 2006 and on Welk's behalf, I filed an action in the California Superior Court (the "Welk State Court Action") against the defendants in this lawsuit other than Lions Gate Entertainment. That lawsuit alleged causes of action for unfair competition, conversion and other claims arising out of those defendants' unauthorized use of Welk's sound recordings as theme music for certain Spanish-language television shows.

3.     In May 2006, I produced copies of certain documents to the defendants pursuant to their request for inspection and copying. Those documents were stamped with production control numbers beginning with the letter "P."

4.     In 2008 and before this lawsuit was filed, I told Joseph L. Golden, Esq. that I could not discuss with him the resolution of the Welk State Court Action and did not feel comfortable providing him with copies of any documents produced during the discovery in that lawsuit.

5.     I learned that this lawsuit was filed in September 2009.

6.     After this lawsuit had been filed, Mr. Golden told me that he intended to subpoena documents from Welk. I determined that the documents Welk had produced in the Welk State Court Action were not within the scope of the Stipulated Protective Order that had been filed in that action. Given that Mr. Golden could subpoena those documents, that they are Welk's documents and not defendants' documents, and that they were not within the scope of the Stipulated Protective Order, in mid-October 2009 I provided to Mr. Golden copies of the documents that Welk had produced to defendants

//

//

Anderson Declaration

2

1 | in the Welk State Court.
2 |     I declare under penalty of perjury that the foregoing is true and correct.
3 | Executed on February 18, 2010.

                                                   Peter J. Anderson

Anderson Declaration

3

Certificate of Service

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Central District of California CM/ECF system on February 22, 2010.

                                         /s/ Joseph L. Golden

Anderson Declaration

4