1  JOSEPH L. GOLDEN, ESQ. (S.B.N. 61293)
   LAW OFFICE OF JOSEPH L. GOLDEN
2  1801 Century Park East, 24th Floor
   Los Angeles, California 90067-2302
3  Telephone: (310) 556-9666
   Telecopier: (310) 556-9625
4  Email: jlgoldenesq@verizon.net

5  Attorney for Plaintiffs and Cross-defendants

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                            (Western Division)

11

12  JEAN-JACQUES PERREY, et. al.,      )   Case No. CV-09-6508-JHN (RZx)
                                       )
13              Plaintiffs,            )   STIPULATION OF DISMISSAL
                                       )
14       v.                            )   [Federal Rule of Civil Procedure
                                       )   41(a)(1)(ii)]
15  TELEVISA, S.A. DE C.V., etc., et.  )
    al.,                               )
16                                     )
                Defendants.            )
17  _____    )   Complaint Filed: Sept. 8, 2009
                                       )   Pretrial Conference: Not Yet Set
18  UNIVISION COMMUNICATIONS,          )   Trial: Not Yet Set
    INC., etc., et. al.,               )
19                                     )
                Cross-complainants,    )
20                                     )
         v.                            )
21                                     )
    JEAN-JACQUES PERREY, et. al.,      )
22                                     )
                Cross-defendants       )
23  _____    )
                                       )
24  XENON PICTURES, INC., et. al.,     )
                                       )
25                                     )
                Cross-complainants,    )
26                                     )
         v.                            )
27                                     )
                                       )
28

Stipulation of Dismissal

1

| | |
|---|---|
| 1 | JEAN-JACQUES PERREY, et. al., ) |
| 2 |       Cross-defendants ) |
| 3 | _____ ) |
| 4 | XENON PICTURES, INC., et. al., ) |
| 5 | |
| 6 |       Third-Party Plaintiffs, ) |
| 7 |     v. ) |
| 8 | UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., et. al., ) |
| 9 | |
| 10 |       Third-Party Defendants ) |

13  IT IS HEREBY STIPULATED by each of the parties in the above captioned action other than Universal-Polygram International Publishing, Inc., by and through their respective counsel of record and subject to the approval of this Court, that the above-captioned action, and all the now pending cross-actions alleged therein, shall be dismissed with prejudice pursuant to the parties' settlement agreement and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Universal-Polygram International Publishing, Inc. is not a party to this Stipulation because it was dismissed from the action pursuant to this Court's Order entered on September 3, 2010.

IT IS HEREBY FURTHER STIPULATED that the Court shall retain jurisdiction

Stipulation of Dismissal

2

to enforce the parties' settlement agreement.

DATED: September 22, 2010          JOSEPH L. GOLDEN, ESQ.
                                   LAW OFFICE OF JOSEPH L. GOLDEN

                                   By:      /s/ Joseph L. Golden
                                          Joseph L. Golden, Esq.
                                   Attorney for Jean-Jacques Perrey, Gershon Kingsley, Robert Breuer, Anthony Breuer, Francis Breuer and Sylvain Meunier

DATED: September 22, 2010          STEPTOE & JOHNSON LLP
                                   Seong Kim, Esq.
                                   Dylan Ruga, Esq.

                                   By:      /s/ Dylan Ruga
                                          Dylan Ruga, Esq.
                                   Attorneys for Televisa, S.A. de C.V., Univision Communications, Inc. and Galavision, Inc.

DATED: September 22, 2010          SIDLEY AUSTIN LLP
                                   Stephen G. Contopulos, Esq.
                                   Carly A. Steinbaum, Esq.

                                   By:      /s/ Carly Steinbaum
                                          Carly A. Steinbaum, Esq.
                                   Attorneys for Xenon Pictures, Inc. and LionsGate Entertainment, Inc.

1 | Certificate of Service

2 |     The undersigned hereby certifies that all counsel of record who have consented
3 | to electronic service are being served with a copy of the foregoing document via the
4 | Central District of California CM/ECF system on September 22, 2010.

6 |                 /s/ Joseph L. Golden

Stipulation of Dismissal

4